(29 Misc. Rep. 664.)

### ROTHLEIN v. HEWITT.

(Supreme Court, Special Term, Kings County.   December, 1899.)

TRESPASS—VENUE.

  An action against a landlord for damages for entering the demised property and making alterations is within Code Civ. Proc. § 982, requiring actions to recover a judgment affecting a "right" in realty to be tried in the county where the realty is situated.

Action by Adolph Rothlein against Sara S. Hewitt. Motion to change place of trial sustained.

Motion by the defendant to change the place of trial from Kings to New York as of right. Action for damages for trespass upon real property, the complaint being that the plaintiff being a tenant of certain real estate of the defendant in the city of New York, the defendant entered thereon by force and made certain alterations which curtailed the size and use of the premises, and interrupted the plaintiff's business, to his damage. The answer pleads a defense that the lease reserved to the landlord the right to make such entry and alterations.

Parsons, Shepard & Ogden, for the motion.
Abraham B. Schleimer, opposed.

GAYNOR, J. This action is not included among those which must be tried in the county where the subject of the action is situated, unless under the general provision that every action "to recover or procure a judgment * * * establishing, determining, defining, forfeiting, annulling or otherwise affecting an estate, right, title, lien or other interest in real property," must be tried in the county where such real property is situated. Code Civ. Proc. § 982. The judgment asked for here affects the "right" of the defendant to enter upon her real property. Besides, it seems that every action of trespass to real property is local to the county where such property is situated. The common-law action of trespass quare clausum fregit was frequently resorted to to try title, and was therefore local. Now even a suit in equity to restrain such a trespass is said to be local. Litchfield v. Paper Co., 41 App. Div. 446, 58 N. Y. Supp. 856.

Motion granted.